FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

2017 DEC 29  P 3: 39

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| UNITED STATES OF AMERICA | ) | |
| | ) | Docket No: 7516428 |
| | ) | |
| v. | ) | 18po01 |
| | ) | |
| KENDRA L. LAFLAMME | ) | Hearing Date: January 3, 2018 |
| | ) | |

### MOTION TO DISMISS

The United States of America, by and through its attorneys, Dana J. Boente,  United States

Attorney for the Eastern District of Virginia, and Bridget Karns, Special Assistant United States

Attorney, represent to this Court that it does not desire to prosecute further United States District

Court Violation 7516428.

Accordingly, the United States hereby moves for a dismissal of United States District Court

Violation 7516428 without prejudice.

Respectfully submitted,

Dana J. Boente
United States Attorney

Fort Belvoir, VA               BY:

Bridget Karns
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone:  703 299-3776
Fax:  703-805-1042
Email: bridget.karns@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2017, I mailed, a true and accurate copy of the Motion to Dismiss herein filed to Kendra L. Laflamme, 34 Sunny Brook Circle, North Waterboro, ME 04061.

KAREN L. SHANER
Administrative Assistant
Staff Judge Advocate Office